UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2021 JUL -7 P 1:39

CLERK OF COURT

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 21-CR- **21-CR-140**

[18 U.S.C. §§ 844(i) and 2(a)]

DEVON VAUGHN,

Defendant.

**SEALED**

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about August 24, 2020, in the State and Eastern District of Wisconsin,

**DEVON VAUGHN**

maliciously damaged, destroyed, and attempted to damage and destroy, by means of fire, a building located at 1101 60th Street, Kenosha, Wisconsin, which was used in interstate commerce and in an activity affecting interstate commerce.

In violation of Title 18, United States Code, Sections 844(i) and 2(a).

A TRUE BILL:

FOREPERSON
Dated: 7/7/2021

*/s/ Kelly B. Watzka*
fn RICHARD G. FROHLING
Acting United States Attorney