# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

     Plaintiff,

    v.

                                   Case No. 21-CR-140

DEVON VAUGHN,

     Defendant.

## REPORT AND RECOMMENDATION

On March 15, 2022, defendant Devon Vaughn appeared before me pursuant to Federal Rule of Criminal Procedure 11. Vaughn entered a plea of guilty to the charge in the Information.

After cautioning and examining Vaughn under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary, and that the offenses charged are supported by independent factual bases containing each of the essential elements of the offenses.

**NOW, THEREFORE, IT IS RECOMMENDED** that Vaughn's plea of guilty be accepted; that a presentence investigation and report be prepared; and that Vaughn be adjudicated guilty and have sentence imposed accordingly.

Your attention is directed to General L.R. 72(c), 28 U.S.C. § 636(b)(1)(B) and Federal Rules of Criminal Procedure 59(b), or Federal Rules of Civil Procedure 72(b) if applicable, whereby written objections to any recommendation or order herein, or part thereof, may be filed within fourteen days of the date of service of this recommendation or order. Objections

are to be filed in accordance with the Eastern District of Wisconsin's electronic case filing procedures. Failure to file a timely objection with the district court shall result in a waiver of a party's right to appeal. If no response or reply will be filed, please notify the Court in writing.

Dated at Milwaukee, Wisconsin this 15th day of March, 2022.

BY THE COURT

NANCY JOSEPH
United States Magistrate Judge